LMN

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y. **12-0478M**

MAY 17 2012

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JOHN D. GRIES,

           Defendant.

- - - - - - - - - - - - - - - - -X

REMOVAL TO THE
SOUTHERN DISTRICT
OF INDIANA

(Fed. R. Crim. P. 5)

EASTERN DISTRICT OF NEW YORK, SS:

      CHRISTOPHER NIELSEN, being duly sworn, deposes and states that he is a Postal Inspector with the United States Postal Inspection Service ("USPIS"), duly appointed according to law and acting as such.

      Upon information and belief, on or about May 16, 2012, agents from USPIS arrested the defendant JOHN D. GRIES for violations of Title 18, United States Code, Sections 2252A(g) (engaging in a child exploitation enterprise); and violations of Title 18, United States Code, Sections 2252 and 2252A (conspiracy to traffic in child pornography), whereby the named offenses took place in the Southern District of Indiana and elsewhere.

      The source of your deponent's information and the grounds for his belief are as follows:

      1.   On or about May 11, 2012, the Hon. E. Thomas Boyle, United States Magistrate Judge in the Eastern District of New York, authorized a search warrant to search the residence located at 169 New York Ave., Bayshore, NY 11706 for computers

and related paraphernalia indicative of engaging in a child exploitation enterprise and conspiracy to traffic in child pornography.

2. On or about May 16, 2012, myself and other agents from my office executed the search warrant.

3. At the residence, agents encountered the defendant JOHN D. GRIES. Agents asked GRIES for identification and he produced a New York State Driver's License under the name "John Gries." The defendant also produced an older New York State Lerner's Permit under the name "John D. Gries." The picture on the Driver's License matched that of GRIES. The picture on the Lerner's Permit matched that of a younger version of GRIES. During the course of the search, GRIES was interviewed by agents. In sum and substance and in part, GRIES stated he possessed child pornography and used IRC (Internet Relay Chat). He also stated he actively distributed and received files depicting child pornography using the internet. He stated he has been doing so since at least 1996. He admitted to being a member of the IRC chat room with others who share and possess child pornography. He was shown copies of some child pornography obtained from his computer seized at the residence and admitted possessing these files. GRIES also admitted that he received child pornography files from multiple persons, including members of chat rooms. GRIES specifically identified multiple file folders in his computer containing child pornography that GRIES said that he received from others. GRIES also admitted that he was sexually

attracted to young teenage boys.

4. On or about May 17, 2012, the defendant JOHN D. GRIES was charged pursuant to a sealed criminal complaint out of the Southern District of Indiana, with a violation of Title 18, United States Code, Section 2252A(g) (engaging in a child exploitation enterprise), as well as violations of Title 18, United States Code, Sections 2252 and 2252A (conspiracy to traffic in child pornography). That criminal complaint remains under seal in the Southern District of Indiana pursuant to court order. A warrant for the arrest of the defendant was signed by a Magistrate Judge for the United States District Court for the Southern District of Indiana and certified by the Clerk of that Court. A copy of the arrest warrant is attached hereto.

WHEREFORE, it is requested that the defendant JOHN D. GRIES be removed to the Southern District of Indiana so that he may be dealt with according to law.

_____
CHRISTOPHER NIELSEN
Postal Inspector
United States Postal Inspection Service

Sworn to before me this
__17__ day of May 2012

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK